In Re: Sarina Marie Marshall and Guy Okeefe Marshall, Jr.
Debtor

Case No.: 18–55741–tjt
Chapter 7
Judge: Thomas J. Tucker

Wendy Turner Lewis
Plaintiff

Adv. Proc. No. 19–04148–tjt

v.

Jayne Woods et al.
Defendant

# NOTICE OF INITIAL SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Bankr. P. 7016 and Fed.R. Civ. P. 16, an initial scheduling conference in an adversary proceeding will be conducted in **Courtroom 1925, 211 West Fort Street Bldg., Detroit, MI 48226** on **6/17/19** at **09:00 AM** following which a scheduling order will be issued.

All parties and their counsel are reminded that incident thereto, and, by reason of amendments to the Federal Rules of Civil Procedure effective December 1, 2000:

> (a) they must comply with Fed. R. Bankr. P. 7026, incorporating Fed. R. Civ. P. 26(f), At a minimum, the parties must (1) confer and discuss the required subjects, and, (2) file with the Court, **no later than 5 days before the conference,** a written report regarding all the subjects listed in the Rule 26(f) report form available on the Court's web site (http://www.mieb.uscourts.gov/) under "Local Forms" (the form is entitled "Report of Parties Rule 26(f) Conference.")

> and

> (b) they must comply with Fed. R. Bankr. P. 7026, incorporating Fed. R. Civ. P. 26(a)(1), requiring specified initial disclosures to be served within 14 days after the Rule 26(f) conference (unless the parties waive the requirement in whole or in part, or extend the due date; note that any such waiver or extension should be included in the required 26(f) report)

**If a Rule 26(f) report, signed by all parties who have appeared in the case, has been timely filed, the attorney for any party may informally request permission to attend the scheduling conference by telephone, rather than in person. Such a request normally will be granted. To make such a request, and to make arrangements to attend by telephone, counsel must contact the Courtroom Deputy, Mary Vozniak, no later than noon on the Friday before the conference. If this deadline is not met, the attorney must appear at the conference in person.**

Dated: 5/14/19

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT